## JOSEPH MARIN *versus* DAVID C. McKINSTRY

JOURNAL ENTRIES (1823): *Journal 3:* (1) Motion to dismiss granted *p. 433.
PAPERS IN FILE: (1) Precipe for writ of replevin; (2) writ of replevin and return; (3) replevin bond.
*1822–23 Calendar*, MS p. 80.

## JAMES GALLAGHER *versus* ADNA MERRITT

JOURNAL ENTRIES (1823–27): *Journal 3:* (1) Motion for nonsuit *p. 433; (2) default judgment, jury to assess damages *p. 452; (3) continued *p. 457; (4) motion to strike off default overruled *p. 504. *Journal 4:* (5) Continued MS p. 93; (6) rule for nonsuit MS p. 127.
PAPERS IN FILE: (1) Precipe for capias; (2) affidavit for bail; (3) capias, order for bail, return; (4) declaration; (5) affidavit to set aside default.
*1822–23 Calendar*, MS p. 26.

## JOHN S. ROBY *versus* GABRIEL GODFROY, SR., AND GABRIEL GODFROY, JR.

JOURNAL ENTRIES (1823–25): *Journal 3:* (1) Death of plaintiff suggested *p. 434. *Journal 4:* (2) Rule to strike from docket MS p. 16.
PAPERS IN FILE: (1) Precipe for habeas corpus.
*1822–23 Calendar*, MS p. 38.